IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| North Prairie Rural Water District, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| City of Surrey and Silver Springs ) | |
| Development Inc., ) | |
| ) | Case No.: 4:12-cv-165 |
| Defendants. ) | |

Plaintiff initiated the above-entitled action on December 6, 2012, with the filing of a complaint and Motion for Preliminary Injunction (Docket Nos. 1 and 4). The Clerk's office issued summonses as to all defendants. (Docket No. 3).

Counsel for Defendant City of Surrey ("Surrey") made his appear on December 17, 2012. Four days later, on December 21, 2012, the summonses were returned executed. Aside from plaintiff's and Surrey's submission of Consent/Reassignment Forms, there has been no subsequent activity in this case; Surrey has not filed an answer or otherwise responded to plaintiff's complaint and Defendant Silver Springs Development Inc. has yet to enter an appearance.

In order to ascertain the status of this matter, the undersigned shall conduct a status conference with the parties on May 23, 2013, at 10:00 a.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2013.

*s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge