**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| North Prairie Rural Water District, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| City of Surrey and Silver Springs Development Inc., | ) | Case No. 4:12-cv-165 |
| | ) | |
| Defendants. | ) | |

On May 23, 2013, the parties filed a stipulation to indefinitely extend defendants' deadline for responding to plaintiff's Complaint and Motion for Preliminary Injunction. That same day the court held a status conference in this action. Attorneys Robert Hoy and Sara Nyhus-Wear appeared on plaintiff's behalf. Attorneys Bryan Van Grinsven and Debra Hoffarth appeared on behalf of Defendant City of Surrey. Pursuant to the parties' discussions, the court **ORDERS**:

1. Plaintiff shall have until June 7, 2013, to file an Amended Complaint; and

2. Defendants shall have until June 21, 2013, to file an answer or otherwise respond to plaintiff's Amended Complaint.

The court will defer consideration of plaintiff's Motion for Preliminary Injunction unless and until plaintiff contacts the court to request a hearing, at which time the court will afford defendants an opportunity to file a response to the motion. If Defendant Silver Springs Development, Inc. is represented by counsel, it should so advise the court and file an answer if it intends to contest this matter.

Dated this 23rd day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge