# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| North Prairie Rural Water District, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Surrey and Silver Springs Development, Inc., | ) | Case No. 4:12-cv-165 |
| | ) | |
| Defendants. | ) | |

On January 13, 2014, the parties filed a Stipulation for Dismissal. The court adopts the parties' stipulation (Docket No. 22). The above-entitled action is **DISMISSED** with prejudice and without costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court